# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

Greensboro Division

FILED
JAN 3 1 2022
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By ACC

Case No. 1:22CV87
*(to be filled in by the Clerk's Office)*

Benjamin Baker Aggarwal

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Devon Michael Erickson, Maya Elizabeth McKinney a.k.a. Alec McKinney, José Luis Quintana Domínguez, Morgan Lynn McKinney, Penelope Josephine Eucker, Farzad Amini Amini, STEM School Highlands Ranch, Douglas County School District RE-1, BOSS High Level Protection, Douglas County Sheriff's Office

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Benjamin Baker Aggarwal |
| Street Address | 11244 Campus Box |
| City and County | Elon, Alamance County |
| State and Zip Code | North Carolina 27244 |
| Telephone Number | (720) 576-9358 |
| E-mail Address | baggarwal@elon.edu |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Devon Michael Erickson |
| Job or Title *(if known)* | DOC#192238 Centennial Correctional Facility |
| Street Address | 600 Evans Road |
| City and County | Cañon City, Fremont County |
| State and Zip Code | Colorado, 81212 |
| Telephone Number | (719) 269-4810 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Maya Elizabeth McKinney a.k.a. Alec McKinney |
| Job or Title *(if known)* | DOC#189320 Denver Women's Correctional Facility |
| Street Address | 3600 Havana Street |
| City and County | Denver, Denver County |
| State and Zip Code | Colorado, 80239 |
| Telephone Number | (303) 371-4804 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | STEM School Highlands Ranch |
| Job or Title *(if known)* | |
| Street Address | 8773 South Ridgeline Boulevard |
| City and County | Highlands Ranch, Douglas County |
| State and Zip Code | Colorado, 80129 |
| Telephone Number | (303) 683-7836 |
| E-mail Address *(if known)* | communications@stemk12.org |

Defendant No. 4

| | |
|---|---|
| Name | Douglas County School District RE-1 |
| Job or Title *(if known)* | |
| Street Address | 620 Wilcox Street |
| City and County | Castle Rock, Douglas County |
| State and Zip Code | Colorado, 80104 |
| Telephone Number | (303) 387-0100 |

E-mail Address *(if known)* ______________________

______________________

Defendant No. 5

Name: Penelope Josephine Eucker
Job or Title: Executive Director of STEM School Highlands Ranch
Street Address: 975 North Grant Street
City and County: Denver, Denver County
State and Zip Code: Colorado, 80203
Telephone Number: (303) 813-9303
E-mail Address: peucker@stemk12.org

Defendant No. 6

Name: BOSS High Level Protection
Street Address: 5300 DTC Parkway, Suite 300
City and County: Greenwood Village, Arapahoe County
State and Zip Code: Colorado, 80111
Telephone Number: (720) 502-0307
E-mail Address: info@invictagrp.com

Defendant No. 7

Name: Morgan Lynn McKinney
Street Address: 3909 Maverick Court
City and County: Castle Rock, Douglas County
State and Zip Code: Colorado 80104

Defendant No. 8

Name: Douglas County Sheriff's Office
Street Address: 4000 Justice Way
City and County: Castle Rock, Douglas County
State and Zip Code: Colorado 80109
Telephone Number: (303) 660-7500
E-mail Address: dcso@douglas.co.us

Defendant No. 9

Name: Jose Luis Quintana Dominguez (Prison Inmate)
Address: Calle 25 y Teofilo Borunda
Colonia Santo Nino
31200 Chihuahua
Country: Mexico
Telephone Number: +526144293300

Defendant No. 10

Name: Farzad Amini Amini
Address: Avenida de Italia, 8
18007 Granada
Country: Spain

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

- *20 U.S.C. § 1681*
- *18 U.S.C. § 2241*
- *18 U.S.C. § 116*
- *18 U.S.C. § 2261A*
- *29 CFR § 1604.11*
- *20 U.S.C. § 1681*
- *42 U.S.C. § 5106g*
- *104 Stat. 4844*
- *18 U.S.C. § 873*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Benjamin Baker Aggarwal, is a citizen of the State of *(name)* North Carolina.

b. If the plaintiff is a corporation

The plaintiff, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Devon Michael Erickson, is a citizen of the State of *(name)* Colorado. Or is a citizen of *(foreign nation)* __________.

The defendant, Maya Elizabeth McKinney a.k.a. Alec McKinney is a citizen of the State of Colorado.

The defendant, Morgan McKinney, is a citizen of the State of Colorado.

The defendant, Penelope Josephine Eucker, is a citizen of the State of Colorado.

The defendant, Jose Luis Quintana Dominguez, is a citizen of Mexico.

The defendant, Farzad Amini Amini, is a citizen of Iran.

b. If the defendant is a corporation

The defendant, *(name)* STEM School Highlands Ranch, is incorporated under the laws of the State of *(name)* Colorado, and has its principal place of business in the State of *(name)* Colorado.

Or is incorporated under the laws of *(foreign nation)* __________, and has its principal place of business in *(name)* __________.

- The defendant, Douglas County School District RE-1, is incorporated under the laws of the State of Colorado, and has its principal place of business in the State of Colorado.
- The defendant, BOSS High Level Protection, is incorporated under the laws of the State of Colorado, and has its principal place of business in the State of Colorado.
- The defendant, Douglas County Sheriff's Office, is incorporated under the laws of the State of Colorado, and has its principal place of business in the State of Colorado.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The damages that are being sought in this case total to the amount of $3,000,000.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## STEM School Highlands Ranch

1. STEM is a K-12, publicly funded charter school.

2. Pursuant to the Claire Davis School Safety Act, STEM had a duty to maintain a safe environment. STEM breached that duty in the manner described herein and said breach of duty was a cause of the wrongful injury of the plaintiff at STEM on May 7, 2019, while the plaintiff suffered multiple injuries in the Plaintiff's Transportation Technology classroom taught by Ivan Nieto after hiding behind a metal industrial shelf during the Lockdown holding LEGO Robots, when the shelf and LEGO Robots fell on the plaintiff during the evacuation process, and the plaintiff suffered injuries and developed illnesses as a result of standing in the rain for a prolonged period of time at cold temperatures after evacuation from Ivan Nieto's classroom at STEM.

3. Prior to the injury of the Plaintiff, STEM was on both general and specific notice of the fact that STEM might be attacked by one or more shooters. STEM failed to take all of the reasonable steps necessary to protect the school and its students from that serious risk, as detailed herein. In fact in the face of that risk STEM subverted and weakened the professionally trained and armed School Resource Officer, thereby undermining the deterrent effect of having an armed SRO within the school and allowing the potential shooters to believe they would be able to execute their initial attack without armed or other formal law enforcement resistance.

## Additional Warning and Negligence Prior to Fatal School Shooting

15. In addition to the general notice of the threat of a school shooting at STEM described herein, STEM knew or should have known of specific warnings of an attack that were issued prior to the injury of the Plaintiff and the Plaintiff's classmate Kendrick Ray Castillo being murdered at school on May 7, 2019.

16. In August 2016, upon the Plaintiff's first week of attendance at STEM, the Plaintiff was told by several classmates how to dissolve a corpse in acid after murdering someone, and the specific names of acids utilized in the process while the Plaintiff attended xBiology class in Kristen Rizzatti's classroom.

17. Throughout the Plaintiff's attendance at STEM, the Plaintiff noticed several classmates glorifying the Democratic People's Republic of Korea, the United Socialist Soviet Republic, and the Third Reich.

18. In 2016, the Plaintiff submitted several anonymous reports naming Erickson, Erickson's friends, and others on Douglas County School District's Text a Tip iPhone application due to constant bullying, harassment, threats, stalking, physical and verbal assault, defamation on social media, and fear of safety, and the majority of the anonymous reports were

ignored by STEM and the School Resource Officer, causing upon the Plaintiff emotional distress and a severe drop in grades.

19. From 2016-2018, bathrooms inside STEM were unmonitored leading to the violent destruction and removal of a urinal divider from the Middle School men's bathroom.

20. In addition, graffiti was prevalent throughout the school bathrooms with Nazi symbols and threats of harm and school shootings.

21. Violent assaults between classmates were often unrecorded as a result of the lack of supervision in bathrooms.

22. Students often vaped in the bathrooms and hid vape pens in the toilet tanks of the men's bathrooms.

23. Alcohol, drugs, weapons, and contraception were additionally hidden in the toilet tanks of the men's bathrooms.

24. In 2016, the Plaintiff, a high school freshman at the time, had oral and anal intercourse with the Plaintiff's friend, an eighth grader in middle school at the time, for over an hour unmonitored in the STEM Middle School men's bathroom during the Plaintiff's study hall while the Plaintiff's friend was intoxicated due to the negligence of STEM's staff.

25. In 2016, Erickson directly assaulted the Plaintiff during a movie night hosted by Sociedad Honoraria Hispanica in the STEM High School Cafeteria during the presentation of an Argentine movie.

26. In 2017, STEM's receptionists were negligent in monitoring entrances and exits after allowing freshman high school students to leave the campus in violation of school policy, as the Plaintiff, at the time a high school sophomore, left the campus to Freddy's Frozen Custard and Steakburgers with the Plaintiff's classmates Krishna Chunduri and Mark Zhuravlev, both at the time freshman prohibited from leaving campus, to obtain a dessert after lunch.

27. In 2017, STEM allowed officials from the People's Republic of China to enter the classroom of History teacher Owen Cegielski and observe the school without approval of the parents of students, causing fear upon a Uyghur student in the class.

28. In 2018, cans of *Infinite Monkey Theorem* canned wine from the winery of the same name in the RiNo district of Denver were placed in the beverage refrigerator of the high school cafeteria behind sodas and were left unnoticed by the lunch lady Yuan Zhou and cafeteria staff.

29. Students often consumed cans of White Claw Hard Seltzer in the high school parking lot often in direct view of school teachers monitoring traffic, most frequently in front of crossing guard Yacina Tamendjari, and the school teachers either presumed it was nonalcoholic soda instead of alcohol or didn't take action.

30. In 2019, the receptionists additionally allowed a former student to enter the school building without visitor's procedures and visit former classmates in the Plaintiff's American Literature class taught by Lauren Harper.

31. The receptionists additionally allowed a salesperson to enter the school building without formal visitor procedures.

32. In 2018, the Plaintiff feared for his safety and believed an unannounced school lockdown in 2018 was genuine after being threatened by several classmates.

33. The school refused to take action when students were glorifying Saudi Arabian Crown Prince Mohammed bin Salman Al Saud due to the Saudi Crown Prince's resemblance to Zachary Pertes, a mathematics teacher at STEM, increasing after the flogging of Saudi blogger Raif Badawi, arrests of Saudi Arabian princes including but not limited to Prince Alwaleed bin Talal Al Saud, and murder of Saudi Arabian journalist Jamal Khashoggi.

34. On December 17, 2018, Wendy Vogel, Education Director for the Douglas County School District Board, received a warning phone call from a concerned parent of a STEM senior.

35. On December 19, 2018, Daniel Winsor, Director of Choice Programming for the Douglas County School District, summarized the phone call in an internal communication sent to Penelope Eucker, Executive Director of STEM.

36. Mr. Winsor's summary indicated that the anonymous parent warned in part that:
   a. STEM is a "high-pressure environment" and students are "susceptible to copycatting" resulting in a "perfect storm" for a "repeat of Columbine and Arapahoe."
   b. "Kids learned to build a bomb in school" leading to a bomb threat.
   c. Parents are afraid of speaking out for fear their student will be expelled.
   d. The Douglas County Sherriff's Department has investigated several issues and "they have expressed concerns about safety issues."
   e. "The executive director ignored many complaints and issues already brought forward by the caller and informed the caller that 'I know we have bullying and special needs students that cause problems, but those students will just leave.'"
   f. References to "an extremely high drug culture at STEM".
   g. "Many students are suicidal and violent in school. Several students have reported sexual assault and nothing is being done."

37. An anonymous parent stated in an interview to CNN that "'When you don't listen to parents' concerns, when you don't support teachers' concerns, when you don't give teachers the kind of training that they need or the support that they need. Those are the elements that we need for the perfect storm, for something like a Columbine, or some kind of imminent threat to our children's safety in the school, whether it be a bomb or an active shooter, or a suicide."

38. Prior to attending STEM, McKinney was enrolled at Jefferson Hills, a school designed for at risk youth.

39. Prior to attending STEM, McKinney's former school suspended him for five days and placed him in a juvenile diversion program because he provided Xanax to a student who suffered an overdose.

40. In February 2018, STEM knew of McKinney's disciplinary history.

41. McKinney's friends and former significant other told media outlets that they knew about his extensive drug use; that he claimed to hear voices; that he self-harmed; and that he was suicidal.

42. Approximately six months before the shooting, McKinney was the subject of a Safe2Tell complaint noting he threated to cut himself and commit suicide. McKinney was involuntarily committed to a hospital on a mental health hold.

43. McKinney was hospitalized twice in the prior years: once for mixing Xanax and alcohol, and once for cutting himself.

44. McKinney was hospitalized six times in 2018, the majority of cases for self harm.

45. Prior to the fatal school shooting, Erickson was involved in an assault that was not investigated.

**<u>Warning of a School Shooting at STEM Eight Days Before the Attack</u>**

26. The STEM Wikipedia page contained the quote: "Anti-suicide programs are implemented to help lower chances of suicide and school shootings."

27. On April 28, 2019, a user added the line: "Do they work? We shall see."

**<u>STEM School Shooting</u>**

28. McKinney admits to planning the attack for several weeks.

29. On the night of May 6, 2019, McKinney sent Erickson a Snapchat indicating he would seek revenge the next day.

30. At 10:30 am on May 7, 2019, Erickson left his photography class claiming to be sick, and went home with a friend before returning to school.

31. STEM classroom policies and practices permitted students, like McKinney and Erickson, to move about the school at will, both during the school day and while class was in session, even after the multiple warnings to STEM that there might be a school shooting.

32. Erickson left school again during the lunch hour, picked up McKinney, and went to Erickson's house.

33. McKinney and Erickson obtained firearms by forcing open a gun safe.

34. They placed a .22-caliber rifle and a Glock 21 handgun in a guitar case and a Beretta M9 and a revolver in a backpack, along with extra ammunition.

35. The two used cocaine, before writing "the voices win" in nail polish on the closet wall housing the gun safe; spraying "fuck society," "666," and a pentagram on Erickson's mother's car; and setting the car on fire.

36. McKinney and Erickson returned to the school, unobserved by any staff, and entered through the Middle School entrance, unchecked, with no questions asked and no screening of the backpack or guitar case.

37. No person from STEM challenged, stopped, or in any way monitored McKinney and Erickson's re-entrance into the school, even after the multiple warnings to STEM that there might be a school shooting.

38. McKinney and Erickson targeted classroom 107, where Erickson's British Literature class of 29 students was screening *The Princess Bride*.

39. Erickson entered the classroom alone and dropped off his guitar case, before asking to leave the classroom claiming to be ill.

40. No STEM employee contacted a school nurse, a security person, or otherwise directed or controlled Erickson's free movement within the building, even after the multiple warnings to STEM that there might be a school shooting.

41. Erickson and McKinney returned to the classroom.

42. Erickson pulled the magnetic strip and shut the classroom door to prevent it from being opened from the outside.

43. McKinney and Erickson pulled out the weapons which they had been allowed to carry into the school and classroom unchecked.

44. In a heroic effort to save his classmates and teacher Lauren Harper, Kendrick rushed Erickson.

45. Erickson fired his weapon into Kendrick's chest, causing Kendrick to fall and suffer from severe blood loss, and was tended by STEM IT Director Mike Pritchard in an attempt to keep Kendrick alive until Kendrick died in Pritchard's arms.

46. Several students, including but not limited to Brendan Bialy, Joshua Jones, and Lucas Albertoni pinned Erickson until law enforcement arrived, according to Nui Giasolli, a student in the classroom where the shooting occurred.

47. Bialy attempted to grab a sweatshirt to use as a tourniquet in an attempt to prevent Kendrick from suffering fatal blood loss and worked with Pritchard to try and revive Kendrick, but was prevented by doing so and ordered by private security guard Shamson Sundara from BOSS Level Protection to lay face down in the hallway, causing Kendrick to bleed to death.

48. Kendrick sustained a fatal gunshot wound to his chest. He was a four-year member of the school's robotics team and had completed multiple technology internships. He loved the Marines, his Jeep, hoped to study electrical engineering in college, and was scheduled to finish his last class three days after the shooting.

**Lockdown and Evacuation of the Plaintiff**

49. At around 2:00 PM, the Plaintiff returned from the bathroom to the Plaintiff's Transportation Technology Class taught by Ivan Nieto, and heard unintelligible screaming and fighting from outside of the classroom.

50. A woman screamed on the PA, "Attention All Students and Staff, This is a Lockdown! This is a Lockdown!"

51. A computer-generated male voice repeats on the PA, "Attention Please, Lockdown. Locks, Light, Out of Sight" during the duration of the Lockdown.

52. The Plaintiff sits behind the podium under the false impression that this was a drill after being called delusional in the past when attempting to report incident that were occurring.

53. The Plaintiff begins to hide behind industrial shelves holding LEGO Robots underneath the Plaintiff's jackets.

54. Nieto pushes a tool chest against the door to prevent McKinney from entering the classroom, saving the lives of the Plaintiff and the Plaintiff's classmates.

55. The Plaintiff overhears gunshots and engineering teacher Cara Phillips screaming unintelligibly, and then hears a man yell "Freeze!"

56. The Plaintiff attempts to climb the cabinets and cupboards to escape STEM through the ceiling tiles, but SWAT storms the classroom with large automatic rifles and yells at everybody in the classroom to run out with their hands behind their heads before the Plaintiff can do so.

57. The industrial shelf with the LEGO Robots falls on the Plaintiff as SWAT clears the classroom, injuring the head of the Plaintiff.

58. The Plaintiff and the Plaintiff's classmates were prohibited from bringing personal items outside during the evacuation process, including jackets.

59. The Plaintiff and the Plaintiff's classmates are sent to the lawn of a business across the street and the weather begins to get significantly colder, and rain comes.

60. The Plaintiff, suffering from Raynaud's Syndrome and Seasonal Affective Disorder, is made to stand in the cold.

61. The Plaintiff is not allowed to leave to the adjacent restaurants or stores to seek warmth, so symptoms of Raynaud's Syndrome and Seasonal Affective Disorder do not aggravate in addition to the injuries sustained from the evacuation process as the plaintiff was only wearing a t shirt and khakis.

62. The Plaintiff is made to stand in cramped and overfull quarters in the office of Mariner Wealth Advisors and struggles to find help for the injuries sustained.

63. The Plaintiff is sent to a school bus that lacked heating that took an unusually longer route to the City of Littleton and then back to Highlands Ranch to Northridge Recreational Center.

64. The Plaintiff among other students is made to stand in an indoor tennis court with only rudimentary heating.

65. The Plaintiff struggles to find someone that can tend to the Plaintiff's injuries.

66. The Plaintiff is collected by the Plaintiff's father.

67. The Plaintiff has to walk approximately one mile outside to the car belonging to the Plaintiff's father as the Plaintiff's father was unable to secure parking near the Northridge Recreational Center.

68. The Plaintiff's father takes the Plaintiff to Masalaa Restaurant in the City of Aurora and orders sambar, a soup to help the plaintiff warm up and also orders Cheese Uthappam and Idli.

69. The Plaintiff's father takes the Plaintiff to the Plaintiff's residence in the City of Centennial.

## **Fear of Retaliation**

70. The Plaintiff fears retaliation and further abuse from Erickson, Erickson's friends, McKinney, and Quintana Domínguez.

71. In 2016, the Plaintiff submitted several anonymous reports naming Erickson, Erickson's friends, and others on Douglas County School District's Text a Tip iPhone application due to constant bullying, harassment, threats, stalking, physical and verbal assault, defamation on social media, and fear of safety, and the majority of the anonymous reports were ignored by STEM and the School Resource Officer, causing upon the Plaintiff emotional distress and a severe drop in grades.

72. In 2016, Erickson along with a friend of Erickson, directly assaulted the Plaintiff during a movie night hosted by Sociedad Honoraria Hispanica in the STEM High School Cafeteria during the presentation of an Argentine movie.

73. The Plaintiff feared for the Plaintiff's own safety whenever the Plaintiff was around Erickson or Erickson's friends.

74. Erickson and Erickson's friends began to invalidate and gaslight the Plaintiff after the Plaintiff attempted to report Erickson and Erickson's friends to school personnel.

75. The Plaintiff was forced to delete all social media accounts and own a burner flip phone from May 2018 until September 2019 due to fears of safety.

76. The Plaintiff refused to board his flight to Denver after visiting his mother in Birmingham, Alabama in January 2019 as the defendant feared for his life by returning to Denver.

77. The Plaintiff often felt the necessity to leave the State of Colorado due to ongoing abuse from Erickson and Erickson's friends, and has stayed in the State of Alabama, the State of Florida, the State of Ohio, the State of Louisiana, the State of Maryland, the State of Hawai'i, and the State of New York.

78. The Plaintiff has made plans to leave to states where the Plaintiff has family including the Commonwealth of Pennsylvania, the State of New Jersey, the State of Michigan, and the District of Columbia as a result of recent incidents of retaliation.

79. The Plaintiff has additionally made plans to leave the United States of America if the retaliation becomes severe and has contacted family members in the United Kingdom of Great Britain and Northern Ireland, the United Arab Emirates, the Kingdom of Cambodia, the Republic of Indonesia, the Kingdom of Thailand, Malaysia, the Federal Republic of Nigeria, and the Republic of the Union of Myanmar regarding long term stay.

80. The Plaintiff often sought advice from the plaintiff's classmate and friend Helena Bernal, a citizen of both the United States and Mexico, regarding inexpensive travel and long term stays in Cancun, Quintana Roo, Mexico, but the plaintiff decided against it out of fear from retaliation by McKinney's father Quintana Domínguez that runs a murder ring and drug cartel in Mexico and has been deported thrice from the United States of America.

81. The Plaintiff applied for and received Overseas Citizenship of India in the summer of 2020 after the Plaintiff graduated from STEM to guarantee the permanent right of abode in another country that normally requires visas for United States Citizens, and has come close to on multiple occasions booking a one way plane ticket to Indira Gandhi International Airport in New Delhi, India to fly out the next day.

82. The Plaintiff has considered transferring to American accredited universities in other countries, including the American University of Paris located in Paris, France, the American University of Phnom Penh located near where the Plaintiff's maternal grandfather resides in Phnom Penh, Cambodia, and satellite campuses of universities based in the United States located abroad.

83. In January 2019, four months prior to the shooting at STEM, the Plaintiff attempted to stay in the State of Alabama where the plaintiff's mother resided by refusing to board the Plaintiff's return flight to Denver and had to be convinced by both parents to board the return flight.

84. In March 2020, the Plaintiff extended a trip to Maui County, Hawaii by over one week and feared to leave Maui County, Hawai'i as the Plaintiff was facing ongoing retaliation, abuse, and harassment by Erickson's friends.

85. The Plaintiff attempted to deliberately catch COVID-19 stay longer in Maui County, Hawai'i due to fear of retaliation but was unsuccessful.

86. The Plaintiff has made plans to the University of Hawai'i at Mānoa to limit accessibility of Erickson's friends, but decided against it due to travel restrictions imposed by the State of Hawai'i, namely from an Emergency Proclamation signed by Governor of Hawai'i David Ige that prevented the Plaintiff from moving to Hawai'i as the Plaintiff did not maintain a place to quarantine in before dormitories opened.

87. The Plaintiff frequently travelled to and stayed at residences that the Plaintiff's mother maintained in Jefferson County, Alabama, and St. Clair County, Alabama and stayed in the State of Alabama for the duration of the entire summer following the shooting from May 2019 to August 2019.

88. The Plaintiff requested the Plaintiff's mother to enroll the Plaintiff in online high school to prevent further abuse, harassment, and retaliation.

89. The Plaintiff frequently travelled to the part time home that the Plaintiff's paternal grandparents reside at in Orange County, Florida, often staying there for approximately two weeks before the Plaintiff returned to the State of Colorado, and frequently expressed hesitation of returning to Colorado due to fear of Erickson.

90. The Plaintiff additionally resided temporarily in various other locations in the State of Florida including Monroe County, Collier County, and Sarasota County from 2016 to 2018.

91. The Plaintiff additionally resided temporarily in Orleans Parish, Louisiana.

92. The Plaintiff feared further abuse, harassment, and retaliation from Erickson after visiting the Plaintiff's paternal cousins in October 2018, seven months prior to the shooting while staying in Howard County, Maryland, and wished for the Plaintiff's family to allow the Plaintiff to finish high school at the residence of the Plaintiff's paternal uncle and aunt in Carroll County, Maryland, where the Plaintiff has a cousin that is one year younger than the Plaintiff.

93. The Plaintiff frequently explored university options in the Mid-Atlantic region of the United States as the Plaintiff was born in the Commonwealth of Virginia near the Pentagon and frequently visited family friends growing up in Chester County,

Pennsylvania that took the Plaintiff to various locations in the State of Pennsylvania, the State of New Jersey, and the State of New York.

94. The Plaintiff made an attempt to disappear from Erickson, Erickson's friends, McKinney, and Quintana Domínguez and started an application to a university in Maryland in the vicinity of Aggarwal's uncle and aunt in Carroll County, Maryland and family friends in the District of Columbia.

95. The Plaintiff additionally started applications to several universities for the same reason in the Philadelphia area and elsewhere in the Commonwealth of Pennsylvania, the State of New Jersey, and the State of New York at the urging of the Plaintiff's childhood best friend that spent the majority of her childhood in Chester County, Pennsylvania.

96. The Plaintiff provided the false impression that the Plaintiff was originally from the State of Alabama out of fear of abuse, harassment, stalking, and retaliation by Erickson, Erickson's friends, McKinney, and Quintana Domínguez towards the Plaintiff and the Plaintiff's childhood friends originally residing in Chester County, Pennsylvania, albiet one has permanently moved to Benton County, Oregon, and another maintains part time residence in Morris County, New Jersey.

97. The Plaintiff frequently travelled to the primary residence that the Plaintiff's paternal grandparents maintained in Hamilton County, Ohio and often resided there during the summers of 2020 and 2021 and Thanksgiving Breaks of 2019 and 2020 out of fear of abuse, harassment, and retaliation as most of Erickson's friends are unaware that the paternal grandparents of the Plaintiff reside in the State of Ohio.

98. The Plaintiff's most recent significant other, a resident of Essex County, New Jersey, ran away and went missing from the Plaintiff and the Plaintiff's significant other's mother and father as a result of incidents stemming from retaliation by Erickson and Erickson's friends.

**Incidents in Maryland**

99. From October 6th-14th, 2018, Jose Luis Quintana Dominguez attempted to directly target the Plaintiff while the Plaintiff was visiting Howard County for his cousin's bat mitzvah as retaliation for the defendant's son Alec McKinney.

100. Jose Luis Quintana Dominguez, along with Alec McKinney and Devon Erickson stalked the Plaintiff with the intent of murdering the Plaintiff.

101. The Plaintiff was staying at the DoubleTree Hotel located at 5485 Twin Knolls Rd. in Columbia, Maryland during the week of October 6th-14th, 2018.

102. The Plaintiff feared for his safety while staying at the hotel after receiving anonymous threats on the Plaintiff's cell phone threatening to hurt and murder the Plaintiff.

103. On the evening of October 12th, 2018, the Plaintiff was severely depressed as a result of the ongoing abuse by Jose Luis Quintana Dominguez, Devon Erickson, Alec McKinney, and their friends.

104. The Plaintiff had to be sent to his grandparents instead of going out to eat with his parents and siblings as a result of how severely depressed he was.

105. The Plaintiff attended Erev Shabbat services at Temple Isaiah, a Reform Jewish synagogue located at 12200 Scaggsville Road in Fulton, Maryland.

106. The Plaintiff's childhood friends in Downingtown, Pennsylvania were contacted by Jose Luis Quintana Dominguez, Alec McKinney, Devon Erickson, and their friends in an attempt to locate and intimidate the Plaintiff.

107. Defamatory messages were posted harassing the Plaintiff on social media platforms such as Instagram, even as the Plaintiff turned off his cell phone for several months and deleted his social media from May 2018 to September 2019.

108. The Plaintiff remained at Temple Isaiah after the Erev Shabbat service was concluded to eat kiddush food and visit the Plaintiff's in laws.

109. As a result the ongoing abuse by the Jose Luis Quintana Dominguez, Alec McKinney, Devon Erickson, and their friends, the Plaintiff cut himself multiple times with the intent of ending his life by bleeding.

110. The Plaintiff additionally attempted to end his life by drinking multiple glasses of Manishewitz wine that were offered by the Rabbi after the Erev Shabbat service at Temple Isaiah with Benadryl with the intent of escaping the abuse, despite the Plaintiff being 16 years old and under the legal drinking age of Maryland.

111. The Plaintiff has since completed inpatient psychiatric treatment at St. Vincent East Behavioral Health in Birmingham, Alabama and has been deemed by psychiatric providers not in any more risk of self harm and has been cleared to reenter society independently.

112. On the morning of October 13th, 2018, the Plaintiff returned to Temple Isaiah for his cousin's bat mitzvah service.

113. The Plaintiff had to leave the service multiple times as the Plaintiff was in crisis due to the ongoing trauma.

114. The Plaintiff was forced to shove the Rabbi aside that was standing by the sanctuary door in order to leave the sanctuary as the Rabbi prohibited him to do so during the reading of the Torah, despite the Plaintiff being in crisis as a result of the abuse.

115. The Plaintiff, in tears after feeling violated by the Rabbi, and abused by Jose Luis Quintana Dominguez, Alec McKinney, Devon Erickson, and their friends stepped outside of the Temple Isaiah building to sit away from everyone else where an open bar and hors d'oeuvres were being served in the narthex as the Plaintiff did not wish to cause a scene at his cousin's bat mitzvah.

116. The Plaintiff was afraid to call the authorities and the crisis line as the victim feared that his father Roopesh Aggarwal would punish him for cancelling the return plane tickets if the Plaintiff had to stay in Maryland for treatment.

117. The Plaintiff struggled to get through the reception as the Plaintiff was in crisis due to the abuse by Jose Luis Quintana Dominguez, Alec McKinney, Devon Erickson, and their friends, and decided to sit away from other people as a result.

118. The Plaintiff only sat at the table during the speeches and only getting on the dance floor during the Hava Nagila chair dance and requested to be seated by his grandparents due to the ongoing abuse and trauma.

119. After the reception came to an end, the Plaintiff went to the Mall of Columbia the evening after when an unidentified African American woman claiming to be in contact with Devon Erickson and friends attempted to attack the Plaintiff at a shop.

120. The victim was able to run when the woman attempted to assault him.

## Ongoing Harassment

121. The Plaintiff has been harassed on social media by Erickson from 2016 until 2018, and friends of Erickson from 2016 until 2021.

122. In 2016, the Plaintiff received severe retaliation towards the Plaintiff's character and reputation as a result of reporting Devon Erickson on the Text a Tip platform, causing a severe drop in grades throughout the Plaintiff's time at STEM School Highlands Ranch.

123. The Plaintiff made multiple suicide attempts prior to the shooting on May 7th, 2019 due to the ongoing harassment.

124. The Plaintiff was forced to delete all social media accounts, and own a burner flip phone from May 2018 until September 2019 due to fears of safety.

125. Erickson and Erickson's friends began to libel and slander the Plaintiff on social media ruining the image and reputation of the Plaintiff.

126. In October 2020, a friend of Erickson provided the personal information of the Plaintiff, other students at STEM School Highlands Ranch, and several teenage women to an Iranian national named Farzad Amini Amini that resides in Granada, Spain.

127. Farzad Amini Amini made several sexually harassing comments towards the Plaintiff, as well as to other students at STEM School Highlands Ranch and several teenage girls.

128. Farzad Amini Amini made repeated rape threats towards the Plainitff, including threatening on December 2nd, 2020 to cut off the clitoris of the Plaintiff.

129. Farzad Amini Amini additionally made repeated statements saying, "I want CUT your clitoris and never more like fuck", "And you don't like fuck never more only when your husband want".

## Plaintiff's Ties to the Mid-Atlantic and Significant Other

130. The Plaintiff was born in Arlington County, Virginia, directly across the Potomac River from the District of Columbia.

131. The Plaintiff's paternal uncle, aunt, and two cousins reside in Carroll County, Maryland and frequently visited them as a child.

132. The Plaintiff's family friends, whom the plaintiff has adopted as an uncle and aunt, have previously resided in Chester County, Pennsylvania until 2015.

133. The Plaintiff visited the Plaintiff's adoptive uncle and aunt in high frequency beginning when the Plaintiff was in preschool in Washtenaw County, Michigan, until their departure from Chester County, Pennsylvania.

134. The Plaintiff's parents often pulled the Plaintiff out of school during non-school breaks to visit the Plaintiff's adoptive uncle and aunt in Chester County, Pennsylvania.

135. The daughter of the Plaintiff's adoptive uncle and aunt formerly residing in Chester County, Pennsylvania is additionally the Plaintiff's childhood best friend.

136. Several girls that the Plaintiff befriended that were enrolled in Bharatanatyam dance classes by Bharatha Darshana over Skype at the home of the Plaintiff's adoptive uncle and aunt in Chester County, Pennsylvania held substantial ties to the State of New Jersey.

137. The Plaintiff attended Balvihar classes taught by the maternal grandmother of the Plaintiff's childhood best friend for free as the Plaintiff was also the adoptive cousin of the Plaintiff's childhood best friend.

138. The Plaintiff had several Balvihar classmates with ties to Essex County and Morris County in New Jersey.

139. One of the Plaintiff's childhood friends in Chester County, Pennsylvania made a futile attempt to set the Plaintiff up with the Plaintiff's now significant other that resides in Essex County, New Jersey for a blind date by tricking the Plaintiff into thinking that the Plaintiff's and the Plaintiff's Significant Other's respective families are in the same social circles as the Plaintiff's mother spent a large portion of her life in Philadelphia and both of the Plaintiff's parents are alumna of the University of Pennsylvania.

140. The Plaintiff initially did not have interest in pursuing a serious relationship with the now significant other of the plaintiff aside from occasional sexual messages over Snapchat as the Plaintiff's adoptive uncle and aunt no longer reside in Chester County, Pennsylvania.

141. The Plaintiff began a romantic relationship with the Plaintiff's significant other in May 2021 that became on and off after finding out that both the Plaintiff and the Plaintiff's significant other were coincidently admitted to Elon University and argued about motive for applying.

142. The Plaintiff and the Plaintiff's significant other made an attempt to reconcile in September 2020, and the Plaintiff and the Plaintiff's significant other pursued an open relationship.

143. The plaintiff's significant other was also seeing another person at the same time that was not aware that the Plaintiff's significant other was pursuing an open relationship.

144. As a result of the other person the Plaintiff's significant other was seeing finding out about the open relationship, the Plaintiff and the Plaintiff's significant other engaged in a verbal altercation stemming from incidents by Erickson, Erickson's friends, McKinney, and Quintana Domínguez, and severe trauma inflicted upon the Plaintiff by Erickson, Erickson's friends, McKinney, and Quintana Domínguez.

145. The Plaintiff's significant other has technology restrictions placed barring the utilization and possession of a phone, computer, and other devices as a result of a past incident on February 27th, 2021.

146. The Plaintiff's significant other was pressured and exploited by the Plaintiff's significant other's friends that were in contact with Erickson's friends for an incident that the Plaintiff does not wish to press charges for.

147. The friends of the Plaintiff's significant other often glorified Erickson and invalidated the severe trauma incurred upon the Plaintiff as a result of the shooting, to the extreme disapproval of the Plaintiff and the Plaintiff's significant other.

148. The Plaintiff has personally forgiven the Plaintiff's significant other for the day after the incident and placed the blame on those that were in contact with Erickson's friends.

149. The Plaintiff's significant other was forced to leave Elon University in the middle of the semester with the grades of "W" as a result of potential charges and disciplinary action that the Plaintiff's significant other would face if the Plaintiff's significant other were to stay at Elon University.

150. The Plaintiff's significant other returned to the Plaintiff's significant other's residence in Essex County, New Jersey following the withdrawal from Elon University.

151. The Plaintiff's significant other suddenly disappeared and is unable to be located by the Plaintiff's significant other's family and past friends in Essex County, New Jersey as a result of harassment by the friends of Devon Erickson.

**<u>Home Environment of Maya a.k.a. Alec McKinney Encouraging Violence</u>**

152. Maya Elizabeth McKinney was born on April 14th, 2003 to Morgan Lynn McKinney and Jose Luis Quintana Dominguez.

153. Morgan McKinney and Jose Luis Quintana Dominguez, the parents of Alec McKinney, provided a neglectful and dangerous home environment for Alec McKinney, encouraging such violent actions.

154. Jose Luis Quintana Dominguez was charged in the Colorado District Court with 45 counts of distributing controlled substances on October 18th, 2006 in the case USA v. Valle-Sierra et. al.

155. On August 22nd, 2008, Jose Luis Quintana Dominguez was charged with attempting to kidnap, menacing with a weapon, and failing to stop for police.

156. On August 15th, 2009, Jose Luis Quintana Dominguez was arrested by the Douglas County Sheriff in Colorado for violation of a protection order, and was sent to jail.

157. In September of 2009, Jose Luis Quintana Dominguez was ordered to undergo domestic violence counseling as a result of attacking Morgan Lynn McKinney.

158. Jose Luis Quintana Dominguez was jailed for 15 months for an aggravated felony charge of menacing with a weapon in 2009, and was ordered for removal to Mexico on December 9th, 2010.

159. Jose Luis Quintana Dominguez has a repeated history of entering the United States illegally and has been deported from the United States thrice between 2010 and 2018.

160. In divorce papers filed by Morgan Lynn Mckinney against Jose Luis Quintana Dominguez, information describing Jose Luis Quintana Dominguez's illegal travel between the United States and Mexico was evident.

161. On December 27th, 2016, police in Castle Rock, Colorado were made aware that an arrest warrant was issued in the State of New Mexico against Jose Luis Quintana Dominguez for domestic violence.

162. Jose Luis Quintana Dominguez has a history of alcoholism and drug abuse.

163. On April 21st, 2017, Jose Luis Quintana Dominguez was taken into custody by Immigration and Customs Enforcement and was deported to Mexico.

164. According to testimony by Morgan McKinney, Alec McKinney began cutting himself at the age of 13 and snuck alcohol into the home.

165. Jose Luis Quintana Dominguez was a coyote that took undocumented immigrants illegally into the United States.

166. Jose Luis Quintana Dominguez engaged in illegal drug trade between Mexico and the United States, encouraging drug abuse by his son Alec.

167. Jose Luis Quintana Dominguez often beat Morgan Lynn McKinney, with Morgan Lynn McKinney stating, "It got to the point where I didn't want to go anywhere until the bruises healed,"

168. When Alec McKinney would see Jose Luis Quintana Dominguez beat Morgan Lynn McKinney, Alec McKinney would always run to Morgan Lynn McKinney and say, "Mommy, are you OK? Are you OK?", according to testimony by Morgan Lynn McKinney.

169. Morgan Lynn McKinney took Alec McKinney and his two siblings to Chihuahua, Mexico to visit Jose Luis Quintana Dominguez, despite being fully aware that Morgan Lynn McKinney is knowingly exposing her three children to violence.

170. Colorado State officials got involved after Jose Luis Quintana Dominguez was arrested and required Morgan Lynn McKinney to take Alec McKinney to a counselor, where Alec McKinney was diagnosed with adjustment disorder.

171. Morgan Lynn McKinney admitted to being neglectful about the adjustment disorder diagnosis of her son Alec McKinney and testified that she forgot that her son was diagnosed with adjustment disorder. Morgan Lynn McKinney stated, "I was in my own world."

172. Morgan Lynn McKinney neglected to seek professional help for Alec McKinney and testified that she did not seek professional help for her son until two years after Alec McKinney began cutting.

173. Morgan Lynn McKinney was neglectful of her three children, forcing Alec McKinney in 2015 to look after his two siblings in their family apartment of Castle Rock, Colorado, while his mother went on dates that lasted until the early morning.

174. Morgan Lynn McKinney consumed cocaine and heavily drank alcohol in the family apartment with her boyfriend in front of Alec McKinney and his two siblings.

175. Jose Luis Quintana Dominguez was found guilty in the State of Chihuahua in Mexico for a murder that occurred in the Punta Oriente neighborhood at Calle Punta La Luneta, 9927, and was sentenced to ten years in prison and a fine of 623,493 Mexican Pesos.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff requests relief to total the amount of $3,000,000 under the following claims of relief:

**First Claim for Relief**
*Plaintiff against STEM School Highlands Ranch*
*C.R.S. § 24-10-106.3 (Claire Davis School Safety Act)*

176. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

177. Pursuant to the Claire Davis School Safety Act, Defendant STEM owed a "duty to exercise reasonable care to protect all students, faculty, and staff from harm from acts committed by another person when the harm is reasonably foreseeable" while within school facilities or during school-sponsored events.

178. Defendant STEM breached that duty in many ways including but not limited to failing to:

a. Properly respond to the ever-present and foreseeable risk of a school shooting as well as the multiple specific warnings of a school shooting at STEM that preceded the death of Kendrick, including but not limited to the multiple warnings detailed previously in this Complaint, including but not limited to the warning that was phoned into the school and the warning of a school shooting that was posted on STEM's Wikipedia page approximately eight days before the Plaintiff was injured in a school shooting at STEM, incidents witnessed by the Plaintiff, and the information available to the defendants about the dangerousness of Erickson and McKinney;
b. Use reasonable care in response to the foreseeable danger of a school shooting at STEM including but is not limited to the failure to adequately investigate and respond to the prior warnings, the failure to have an adequate plan in place to prevent a school shooting, the failure to control and monitor access to the school during the school day, the failure to adequately check and screen for weapons, the failure to adequately monitor Erickson and McKinney, the decision to allow students to wander the hallways and in and out of the classroom while class is in session, the acts and omissions of defendants which resulted in the loss of the properly trained and armed SRO within the school, and the failure to have properly trained and openly armed security within STEM following the threats.

179. Defendant STEM's breach caused the wrongful injury of the Plaintiff, resulting in damages and losses to Plaintiff.

180. As a direct and proximate result of Defendant Douglas County's negligence causing the wrongful injury of the Plaintiff, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to

physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Second Claim for Relief**

*Plaintiff against Douglas County School District*

*C.R.S. § 24-10-106.3 (Claire Davis School Safety Act)*

181. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

182. Pursuant to the Claire Davis School Safety Act, Defendant Douglas County owed a "duty to exercise reasonable care to protect all students, faculty, and staff from harm from acts committed by another person when the harm is reasonably foreseeable" while within school facilities or during school-sponsored events.

183. Defendant Douglas County breached that duty in many ways including but not limited to failing to:

c. Properly respond to the ever-present and foreseeable risk of a school shooting as well as the multiple specific warnings of a school shooting at STEM that preceded the injury of the Plaintiff, including but not limited to the multiple warnings detailed previously in this Complaint, including but not limited to the warning that was phoned into the school and the warning of a school shooting that was posted on STEM's Wikipedia page approximately eight days before the Plaintiff was injured in a school shooting at STEM, incidents witnessed by the Plaintiff, and the information available to the defendants about the dangerousness of Erickson and McKinney;

d. Use reasonable care in response to the foreseeable danger of a school shooting at STEM including but is not limited to the failure to adequately investigate and respond to the prior warnings, the failure to have an adequate plan in place to prevent a school shooting, the failure to control and monitor access to the school during the school day, the failure to adequately check and screen for weapons, the failure to adequately monitor Erickson and McKinney, the decision to allow students to wander the hallways and in and out of the classroom while class is in session, the acts and omissions of defendants which resulted in the loss of the properly trained and armed SRO within the school, and the failure to have properly trained and openly armed security within STEM following the threats.

184. Defendant Douglas County's breach caused the wrongful injury of the Plaintiff, resulting in damages and losses to Plaintiff.

185. As a direct and proximate result of Defendant Douglas County's negligence causing the wrongful injury of the Plaintiff, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Third Claim for Relief**

*Plaintiff against STEM School, BOSS High Level Protection, Penelope Josephine Eucker, Douglas County Sheriff's Office and Douglas County School District Joint & Several Liability pursuant to C.R.S. 13-21-111.5(4)*

186. Plaintiffs incorporate by reference each and every paragraph contained herein.

187. Defendants STEM, Penelope Josephine Eucker, Douglas County School District, Douglas County Sheriff's Office, and BOSS High Level Protection acted in concert to provide a safe school environment for the plaintiff.

188. Defendants STEM, Penelope Josephine Eucker, Douglas County School District, Douglas County Sheriff's Office, and BOSS High Level Protection expressly or impliedly agreed to work with each other to provide a safe school environment for the plaintiff.

189. Upon information and belief, Defendants STEM, Penelope Josephine Eucker, Douglas County School District, Douglas County Sheriff's Office, and BOSS High Level Protection shared a mutual understanding and agreement as to the implementation of safety measures at STEM.

190. Accordingly, Defendants STEM, Penelope Josephine Eucker, Douglas County School District, Douglas County Sheriff's Office, and BOSS High Level Protection herein are jointly and severally liable for damages suffered by the Plaintiff, pursuant to C.R.S. 13-21-111.5(4).

191. As As a direct and proximate result of Defendants STEM, Penelope Josephine Eucker, Douglas County School District, Douglas County Sheriff's Office, and BOSS High Level Protection's negligence causing the wrongful injury of the Plaintiff, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-

harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Fourth Claim for Relief**

*Plaintiff against Jose Luis Quintana Dominguez*

*20 U.S.C. § 1681 (Attempt to Commit Murder or Manslaughter)*

192. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

193. Defendant Jose Luis Quintana Dominguez attempted to murder the Plaintiff at the Mall in Columbia located at 10300 Little Patuxent Parkway, Columbia, Maryland 21044 while the Plaintiff was in the Greater Baltimore area for the Plaintiff's cousin's bat mitzvah, by having an unidentified African American woman directly target the Plaintiff at the Mall in Columbia.

194. Defendant Jose Luis Quintana Dominguez additionally assisted Devon Erickson and Alec McKinney in attempting to murder the Plaintiff, causing the death of the Plaintiff's classmate Kendrick Ray Castillo.

195. Plaintiff often felt the necessity to travel outside of Colorado due to fears of his life, and in January 2019 attempted to refuse to board his return flight from his mother's home in Birmingham, Alabama. In March 2020, the Plaintiff extended his spring break trip to Maui, Hawaii and attempted in vain to deliberately catch COVID-19 to stay in Hawaii as the Plaintiff feared to return to Colorado.

196. The Plaintiff only returned to Colorado on two trips lasting one week after graduating from STEM School Highlands Ranch due to fear of retaliation.

197. The Plaintiff, emotionally distressed from the ongoing retaliation, decided to live at his paternal grandparents' home in Cincinnati, Ohio during the summer of 2021 due to ongoing retaliation.

198. The Plaintiff was forced to leave Colorado after graduation due to ongoing incidents of retaliation and as a result made the decision to attend Elon University in Elon, North Carolina as there are very few students from the State of Colorado at the university, and no other students from STEM School Highlands Ranch present at Elon University.

199. As a result of the Defendant Jose Luis Quintana Dominguez's attempt to murder the Plaintiff causing the wrongful injury of the Plaintiff, the Plaintiff seek damages

for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Fifth Claim for Relief**

*Plaintiff against Devon Michael Erickson*

*20 U.S.C. § 1681 (Attempt to Commit Murder or Manslaughter)*

200. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

201. Defendant Devon Michael Erickson attempted to murder the Plaintiff at the Mall in Columbia located at 10300 Little Paxutent Parkway, Columbia, Maryland 21044 while the Plaintiff was in the Greater Baltimore area for the Plaintiff's cousin's bat mitzvah, by having an unidentified African American woman directly target the Plaintiff at the Mall in Columbia.

202. Defendant Devon Erickson assisted Alec McKinney in attempting to murder the Plaintiff, causing the death of the Plaintiff's classmate Kendrick Ray Castillo.

203. Plaintiff often felt the necessity to travel outside of Colorado due to fears of his life, and in January 2019 attempted to refuse to board his return flight from his mother's home in Birmingham, Alabama. In March 2020, the Plaintiff extended his spring break trip to Maui, Hawaii and attempted in vain to deliberately catch COVID-19 to stay in Hawaii as the Plaintiff feared to return to Colorado.

204. The Plaintiff only returned to Colorado on two trips lasting one week after graduating from STEM School Highlands Ranch due to fear of retaliation.

205. The Plaintiff, emotionally distressed from the ongoing retaliation, decided to live at his paternal grandparents' home in Cincinnati, Ohio during the summer of 2021 due to ongoing retaliation.

206. The Plaintiff was forced to leave Colorado after graduation due to ongoing incidents of retaliation and as a result made the decision to attend Elon University in Elon, North Carolina as there are very few students from the State of Colorado at the university, and no other students from STEM School Highlands Ranch present at Elon University.

207. As a result of the Defendant Devon Michael Erickson's attempt to murder the Plaintiff causing the wrongful injury of the Plaintiff, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Sixth Claim for Relief**

*Plaintiff against Maya Elizabeth McKinney a.k.a. Alec McKinney*

*20 U.S.C. § 1681 (Attempt to Commit Murder or Manslaughter)*

208. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

209. Defendant Alec McKinney attempted to murder the Plaintiff at the Mall in Columbia located at 10300 Little Paxutent Parkway, Columbia, Maryland 21044 while the Plaintiff was in the Greater Baltimore area for the Plaintiff's cousin's bat mitzvah, by having an unidentified African American woman directly target the Plaintiff at the Mall in Columbia.

210. Defendant Alec McKinney assisted Devon Erickson in attempting to murder the Plaintiff, causing the death of the Plaintiff's classmate Kendrick Ray Castillo.

211. Plaintiff often felt the necessity to travel outside of Colorado due to fears of his life, and in January 2019 attempted to refuse to board his return flight from his mother's home in Birmingham, Alabama. In March 2020, the Plaintiff extended his spring break trip to Maui, Hawaii and attempted in vain to deliberately catch COVID-19 to stay in Hawaii as the Plaintiff feared to return to Colorado.

212. The Plaintiff only returned to Colorado on two trips lasting one week after graduating from STEM School Highlands Ranch due to fear of retaliation.

213. The Plaintiff, emotionally distressed from the ongoing retaliation, decided to live at his paternal grandparents' home in Cincinnati, Ohio during the summer of 2021 due to ongoing retaliation.

214. The Plaintiff was forced to leave Colorado after graduation due to ongoing incidents of retaliation and as a result made the decision to attend Elon University in Elon, North Carolina as there are very few students from the State of Colorado at the university, and no other students from STEM School Highlands Ranch present at Elon University.

215. As a result of the Defendant Alec McKinney's attempt to murder the Plaintiff causing the wrongful injury of the Plaintiff, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Seventh Claim for Relief**
*Plaintiff against Farzad Amini Amini*
*18 U.S.C. § 2241 (Aggravated Sexual Abuse)*

216. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

217. The Defendant, Farzad Amini Amini, was provided with private information about the Plaintiff by a friend of Devon Erickson.

218. The Defendant, Farzad Amini Amini, made several comments on the Plaintiff's Instagram account threatening to rape the Plaintiff and find where the Plaintiff lives.

219. The Defendant, Farzad Amini Amini, made several sexually explicit comments on accounts of other students and former students at STEM School Highlands Ranch, and attempted to solicit sexual advances from those under the age of consent.

220. The Defendant, Farzad Amini Amini, made violent threats towards the Plainitff for refusing the Defendant's advances, causing fear and distress upon the Plaintiff.

221. As a result of the Defendant Farzad Amini Amini's threats to commit aggravated sexual abuse against the Plaintiff causing fear of safety upon the Plaintiff, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted

murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Eighth Claim for Relief**
*Plaintiff against Farzad Amini Amini*
*18 U.S.C. § 116 (Female Genital Mutilation)*

222. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

223. The Defendant, Farzad Amini Amini made repeated threats to mutilate the female genitals of the Plaintiff, under the presumption that the Plaintiff is transgender.

224. On December 2nd, 2020 the Defendant, Farzad Amini Amini threatened to cut off the clitoris of the Plaintiff for refusing the Defendant's sexual advances.

225. The Defendant stated intent to cut the clitoris of the Plaintiff so that the Plaintiff does not like intercourse and states that the Plaintiff can only have intercourse when the Plaintiff is raped.

226. As a result of the Defendant Farzad Amini Amini's threats to commit female genital mutilation against the Plaintiff causing fear of safety upon the Plaintiff, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Ninth Claim for Relief**
*Plaintiff against Devon Michael Erickson*
*18 U.S.C. § 2261A (Stalking)*

227. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

228. The Defendant Devon Michael Erickson stalked the Plaintiff on multiple occasions in an attempt to find the location of the Plaintiff, with the desire to harm the Plaintiff.

229. The Defendant Devon Michael Erickson had friends stalk the Plaintiff, placing the Plaintiff in fear of harm.

230. Childhood friends of the Plaintiff located in Downingtown, Pennsylvania were contacted by friends of the Defendant Devon Michael Erickson in an attempt to locate the Plaintiff while the Plaintiff was in Maryland.

231. As a result of the actions by the Defendant Devon Michael Erickson, the Plaintiff was placed under severe distress while attending the Plaintiff's cousin's bat mitzvah at Temple Isaiah, located at 12200 Scaggsville Road, Fulton, Maryland, 20759, where the Plaintiff was provided under the legal drinking age with large amounts of wine that the Plaintiff mixed with the drug Benadryl to attempt suicide.

232. An unidentified African American woman was contacted by the Defendant Devon Michael Erickson to attack the Plaintiff at the Mall in Columbia located at 10300 Little Patuxent Parkway, Columbia, Maryland 21044.

233. Plaintiff often felt the necessity to travel outside of Colorado due to fears of his life, and in January 2019 attempted to refuse to board his return flight from his mother's home in Birmingham, Alabama. In March 2020, the Plaintiff extended his spring break trip to Maui, Hawaii and attempted in vain to deliberately catch COVID-19 to stay in Hawaii as the Plaintiff feared to return to Colorado.

234. The Plaintiff only returned to Colorado on two trips lasting one week after graduating from STEM School Highlands Ranch due to fear of retaliation.

235. The Plaintiff, emotionally distressed from the ongoing retaliation, decided to live at his paternal grandparents' home in Cincinnati, Ohio during the summer of 2021 due to ongoing retaliation.

236. The Plaintiff was forced to leave Colorado after graduation due to ongoing incidents of retaliation and as a result made the decision to attend Elon University in Elon, North Carolina as there are very few students from the State of Colorado at the university, and no other students from STEM School Highlands Ranch present at Elon University.

237. As a result of the Defendant Devon Michael Erickson stalking the Plaintiff causing the wrongful injury of the Plaintiff, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic

Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Tenth Claim for Relief**
*Plaintiff against Maya Elizabeth McKinney a.k.a. Alec McKinney*
*18 U.S.C. § 2261A (Stalking)*

238. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

239. The Defendant Alec McKinney stalked the Plaintiff on multiple occasions in an attempt to find the location of the Plaintiff, with the desire to harm the Plaintiff

240. The Defendant Alec McKinney had friends stalk the Plaintiff, placing the Plaintiff in fear of harm.

241. Childhood friends of the Plaintiff located in Downingtown, Pennsylvania were contacted by friends of the Defendant Alec McKinney in an attempt to locate the Plaintiff while the Plaintiff was in Maryland.

242. As a result of the actions by the Defendant Alec McKinney, the Plaintiff was placed under severe distress while attending the Plaintiff's cousin's bat mitzvah at Temple Isaiah, located at 12200 Scaggsville Road, Fulton, Maryland, 20759, where the Plaintiff was provided under the legal drinking age with large amounts of wine that the Plaintiff mixed with the drug Benadryl to attempt suicide.

243. An unidentified African American woman was contacted by the Defendant Alec McKinney to attack the Plaintiff at the Mall in Columbia located at 10300 Little Patuxent Parkway, Columbia, Maryland 21044.

244. Plaintiff often felt the necessity to travel outside of Colorado due to fears of his life, and in January 2019 attempted to refuse to board his return flight from his mother's home in Birmingham, Alabama. In March 2020, the Plaintiff extended his spring break trip to Maui, Hawaii and attempted in vain to deliberately catch COVID-19 to stay in Hawaii as the Plaintiff feared to return to Colorado.

245. The Plaintiff only returned to Colorado on two trips lasting one week after graduating from STEM School Highlands Ranch due to fear of retaliation.

246. The Plaintiff, emotionally distressed from the ongoing retaliation, decided to live at his paternal grandparents' home in Cincinnati, Ohio during the summer of 2021 due to ongoing retaliation.

247. The Plaintiff was forced to leave Colorado after graduation due to ongoing incidents of retaliation and as a result made the decision to attend Elon University in Elon, North Carolina as there are very few students from the State of Colorado at the university, and no other students from STEM School Highlands Ranch present at Elon University.

248. As a result of the Defendant Alec McKinney stalking the Plaintiff causing the wrongful injury of the Plaintiff, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Eleventh Claim for Relief**
*Plaintiff against Jose Luis Quintana Dominguez*
*18 U.S.C. § 2261A (Stalking)*

249. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

250. The Defendant Jose Luis Quintana Dominguez stalked the Plaintiff on multiple occasions in an attempt to find the location of the Plaintiff, with the desire to harm the Plaintiff

251. The Defendant Jose Luis Quintana Dominguez had friends stalk the Plaintiff, placing the Plaintiff in fear of harm.

252. Childhood friends of the Plaintiff located in Downingtown, Pennsylvania were contacted by friends of the Defendant Jose Luis Quintana Dominguez in an attempt to locate the Plaintiff while the Plaintiff was in Maryland.

253. As a result of the actions by the Defendant Jose Luis Quintana Dominguez, the Plaintiff was placed under severe distress while attending the Plaintiff's cousin's bat mitzvah at Temple Isaiah, located at 12200 Scaggsville Road, Fulton, Maryland, 20759,

where the Plaintiff was provided under the legal drinking age with large amounts of wine that the Plaintiff mixed with the drug Benadryl to attempt suicide.

254. An unidentified African American woman was contacted by the Defendant Jose Luis Quintana Dominguez to attack the Plaintiff at the Mall in Columbia located at 10300 Little Patuxent Parkway, Columbia, Maryland 21044.

255. Plaintiff often felt the necessity to travel outside of Colorado due to fears of his life, and in January 2019 attempted to refuse to board his return flight from his mother's home in Birmingham, Alabama. In March 2020, the Plaintiff extended his spring break trip to Maui, Hawaii and attempted in vain to deliberately catch COVID-19 to stay in Hawaii as the Plaintiff feared to return to Colorado.

256. The Plaintiff only returned to Colorado on two trips lasting one week after graduating from STEM School Highlands Ranch due to fear of retaliation.

257. The Plaintiff, emotionally distressed from the ongoing retaliation, decided to live at his paternal grandparents' home in Cincinnati, Ohio during the summer of 2021 due to ongoing retaliation.

258. The Plaintiff was forced to leave Colorado after graduation due to ongoing incidents of retaliation and as a result made the decision to attend Elon University in Elon, North Carolina as there are very few students from the State of Colorado at the university, and no other students from STEM School Highlands Ranch present at Elon University.

259. As a result of the Defendant Jose Luis Quintana Dominguez stalking the Plaintiff causing the wrongful injury of the Plaintiff, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Twelfth Claim for Relief**

*Plaintiff against STEM School Highlands Ranch*

*29 CFR § 1604.11 (Sexual Harassment in the Workplace)*

260. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

261. The Defendant, STEM School Highlands Ranch, failed to provide an environment free of sexual harassment while the Plaintiff was employed as a program aide at STEM School Highlands Ranch.

262. STEM School Highlands Ranch refused to investigate incidents of sexual harassment that occurred against the Plaintiff while the Plaintiff was chaperoning at a field trip to Snow Mountain Ranch located at 1101 County Road 53, Granby, Colorado 80446

263. STEM School Highlands Ranch additionally refused to investigate a prevalent culture of sexual harassment that was found throughout the campus.

264. The Plaintiff's classmate, Kaitlyn Hunter, was sexually assaulted when she was a student at STEM School Highlands Ranch and STEM School Highlands Ranch refused to act against the abuser.

265. As a result of the Defendant STEM School Highlands Ranch failing to provide an environment free of sexual harassment while the Plaintiff was employed by STEM School Highlands Ranch, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Thirteenth Claim for Relief**

*Plaintiff against Douglas County School District RE-1*

*29 CFR § 1604.11 (Sexual Harassment in the Workplace)*

266. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

267. The Defendant, Douglas County School District RE-1, failed to provide an environment free of sexual harassment while the Plaintiff was employed as a program aide at Douglas County School District RE-1.

268. Douglas County School District RE-1 refused to investigate incidents of sexual harassment that occurred against the Plaintiff while the Plaintiff was chaperoning at a field trip to Snow Mountain Ranch located at 1101 County Road 53, Granby, Colorado 80446

269. Douglas County School District RE-1 additionally refused to investigate a prevalent culture of sexual harassment that was found throughout the campus.

270. The Plaintiff's classmate, Kaitlyn Hunter, was sexually assaulted when she was a student at Douglas County School District RE-1 and Douglas County School District RE-1 refused to act against the abuser.

271. As a result of the Defendant Douglas County School District RE-1 failing to provide an environment free of sexual harassment while the Plaintiff was employed by Douglas County School District RE-1, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Fourteenth Claim for Relief**
*Plaintiff against STEM School Highlands Ranch*
*20 U.S.C. § 1681 (Title IX)*

272. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

273. The Defendant, STEM School Highlands Ranch, failed to provide an environment free of sexual harassment while the Plaintiff was a high school student at STEM School Highlands Ranch.

274. STEM School Highlands Ranch refused to investigate incidents of sexual harassment that occurred against the Plaintiff while the Plaintiff was chaperoning at a field trip to Snow Mountain Ranch located at 1101 County Road 53, Granby, Colorado 80446

275. STEM School Highlands Ranch additionally refused to investigate a prevalent culture of sexual harassment that was found throughout the campus.

276. The Plaintiff's classmate, Kaitlyn Hunter, was sexually assaulted when she was a student at STEM School Highlands Ranch and STEM School Highlands Ranch refused to act against the abuser.

277. As a result of the Defendant STEM School Highlands Ranch failing to provide an environment free of sexual harassment while the Plaintiff was a student at STEM

School Highlands Ranch, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Fifteenth Claim for Relief**
*Plaintiff against Douglas County School District RE-1*
*20 U.S.C. § 1681 (Title IX)*

278. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

279. The Defendant, Douglas County School District RE-1, failed to provide an environment free of sexual harassment while the Plaintiff was a high school student at Douglas County School District RE-1.

280. Douglas County School District RE-1 refused to investigate incidents of sexual harassment that occurred against the Plaintiff while the Plaintiff was chaperoning at a field trip to Snow Mountain Ranch located at 1101 County Road 53, Granby, Colorado 80446

281. Douglas County School District RE-1 additionally refused to investigate a prevalent culture of sexual harassment that was found throughout the campus.

282. The Plaintiff's classmate, Kaitlyn Hunter, was sexually assaulted when she was a student at Douglas County School District RE-1 and Douglas County School District RE-1 refused to act against the abuser.

283. As a result of the Defendant Douglas County School District RE-1 failing to provide an environment free of sexual harassment while the Plaintiff was a student at Douglas County School District RE-1, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's

Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Sixteenth Claim for Relief**
*Plaintiff against Jose Luis Quintana Dominguez*
*42 U.S.C. § 5106g (Child Abuse & Neglect)*

284. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

285. The Defendant, Jose Luis Quintana Dominguez, neglected to provide proper care for his son Alec McKinney, and provided a home environment with domestic violence and sexual abuse.

286. The Defendant, Jose Luis Quintana Dominguez additionally allowed his son, Alec McKinney to travel to Chihuahua, Mexico where Alec McKinney was exposed to brutal violence, and an environment that encouraged such mass shootings to happen at the Plaintiff's high school on May 7th, 2019.

287. The Defendant, Jose Luis Quintana Dominguez received a multitude of criminal charges and convictions and was deported from the United States thrice.

288. As a result of the Defendant Jose Luis Quintana Dominguez neglecting his son Alec McKinney leading to the wrongful injury of the Plaintiff, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Seventeenth Claim for Relief**
*Plaintiff against Morgan Lynn McKinney*
*42 U.S.C. § 5106g (Child Abuse & Neglect)*

289. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

290. The Defendant, Morgan Lynn McKinney, neglected to provide proper care for his son Alec McKinney, and provided a home environment with domestic violence and sexual abuse.

291. The Defendant, Morgan Lynn McKinney additionally allowed his son, Alec McKinney to travel to Chihuahua, Mexico where Alec McKinney was exposed to brutal violence, and an environment that encouraged such mass shootings to happen at the Plaintiff's high school on May 7th, 2019.

292. The Defendant, Morgan Lynn McKinney refused to seek psychiatric care for her son Alec McKinney until two years after her son Alec McKinney began to harm himself.

293. The Defendant, Morgan Lynn McKinney consumed excessive amounts of alcohol and cocaine in front of Alec McKinney with her boyfriend.

294. The Defendant, Morgan Lynn McKinney neglected to care for her son Alec McKinney and his two siblings and left him to care for his two siblings at a young age while Morgan Lynn McKinney went out until the early morning with her boyfriend.

295. As a result of the Defendant Morgan Lynn McKinney neglecting his son Alec McKinney leading to the wrongful injury of the Plaintiff, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Eighteenth Claim for Relief**

*Plaintiff against Devon Michael Erickson*

*104 Stat. 4844 (Gun Free School Zones Act of 1990)*

296. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

297. The Defendant, Devon Michael Erickson, deliberately brought guns onto the school campus of a K-12 school at STEM School Highlands Ranch, when the Defendant murdered the Plaintiff's classmate Kendrick Ray Castillo and attempted to target the Plaintiff.

298. As a result of the Defendant Devon Michael Erickson deliberately bringing guns onto the campus of STEM School Highlands Ranch leading to the wrongful injury of the Plaintiff, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Nineteenth Claim for Relief**

*Plaintiff against Maya Elizabeth McKinney a.k.a. Alec McKinney*

*1804 Stat. 4844 (Gun Free School Zones Act of 1990)*

299. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

300. The Defendant, Alec McKinney, deliberately brought guns onto the school campus of a K-12 school at STEM School Highlands Ranch, when the Defendant murdered the Plaintiff's classmate Kendrick Ray Castillo and attempted to target the Plaintiff.

301. As a result of the Defendant Alec McKinney deliberately bringing guns onto the campus of STEM School Highlands Ranch leading to the wrongful injury of the Plaintiff, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Twentieth Claim for Relief**

*Plaintiff against Devon Michael Erickson*

*18 U.S.C. § 873 (Blackmail)*

302. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

303. The defendant, Devon Michael Erickson blackmailed the Plaintiff by threatening to abuse the Plaintiff if the Plaintiff were to report the Defendant Devon Michael Erickson, placing the Plaintiff in fear.

304. Such violent incidents such as the shooting on May 7th, 2019 could have been prevented if the Plaintiff was not blackmailed by the Defendant Devon Michael Erickson.

305. As a result of the Defendant Devon Michael Erickson blackmailing the Plaintiff causing wrongful injury upon the Plaintiff, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Twenty-first Claim for Relief**
*Plaintiff against Devon Michael Erickson*
*C.R.S. § 18-3-202 (Assault in the First Degree, Colorado)*

306. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

307. The Defendant Devon Michael Erickson attempted to violently assault the Plaintiff on multiple occasions while the Plaintiff was a student at STEM School Highlands Ranch, including at an Argentine movie night at STEM School Highlands Ranch.

308. The Plaintiff was directly targeted by the Defendant on May 7th, 2019, when Devon Michael Erickson attempted to murder the Plaintff.

309. Plaintiff often felt the necessity to travel outside of Colorado due to fears of his life, and in January 2019 attempted to refuse to board his return flight from his mother's

home in Birmingham, Alabama. In March 2020, the Plaintiff extended his spring break trip to Maui, Hawaii and attempted in vain to deliberately catch COVID-19 to stay in Hawaii as the Plaintiff feared to return to Colorado.

310. The Plaintiff only returned to Colorado on two trips lasting one week after graduating from STEM School Highlands Ranch due to fear of retaliation.

311. The Plaintiff, emotionally distressed from the ongoing retaliation, decided to live at his paternal grandparents' home in Cincinnati, Ohio during the summer of 2021 due to ongoing retaliation.

312. The Plaintiff was forced to leave Colorado after graduation due to ongoing incidents of retaliation and as a result made the decision to attend Elon University in Elon, North Carolina as there are very few students from the State of Colorado at the university, and no other students from STEM School Highlands Ranch present at Elon University.

313. As a result of the Defendant Devon Michael Erickson assaulting the Plaintiff causing the wrongful injury of the Plaintiff, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

## Twenty-second Claim for Relief

*Plaintiff against Maya Elizabeth McKinney a.k.a. Alec McKinney*
*C.R.S. § 18-3-202 (Assault in the First Degree, Colorado)*

314. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

315. The Defendant Alec McKinney attempted to violently assault the Plaintiff on multiple occasions while the Plaintiff was a student at STEM School Highlands Ranch.

316. The Plaintiff was directly targeted by the Defendant on May 7th, 2019, when Alec McKinney attempted to murder the Plaintff.

317. Plaintiff often felt the necessity to travel outside of Colorado due to fears of his life, and in January 2019 attempted to refuse to board his return flight from his mother's home in Birmingham, Alabama. In March 2020, the Plaintiff extended his spring break

trip to Maui, Hawaii and attempted in vain to deliberately catch COVID-19 to stay in Hawaii as the Plaintiff feared to return to Colorado.

318. The Plaintiff only returned to Colorado on two trips lasting one week after graduating from STEM School Highlands Ranch due to fear of retaliation.

319. The Plaintiff, emotionally distressed from the ongoing retaliation, decided to live at his paternal grandparents' home in Cincinnati, Ohio during the summer of 2021 due to ongoing retaliation.

320. The Plaintiff was forced to leave Colorado after graduation due to ongoing incidents of retaliation and as a result made the decision to attend Elon University in Elon, North Carolina as there are very few students from the State of Colorado at the university, and no other students from STEM School Highlands Ranch present at Elon University.

321. As a result of the Defendant Alec McKinney assaulting the Plaintiff causing the wrongful injury of the Plaintiff, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Twenty-third Claim for Relief**

*Plaintiff against Jose Luis Quintana Dominguez*

*C.R.S. § 18-3-202 (Assault in the First Degree, Colorado)*

322. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

323. The Defendant Jose Luis Quintana Dominguez attempted to violently assault the Plaintiff on multiple occasions while the Plaintiff was a student at STEM School Highlands Ranch.

324. The Plaintiff was directly targeted by the son of the Defendant on May 7th, 2019, attempting to murder the Plaintiff.

325. Plaintiff often felt the necessity to travel outside of Colorado due to fears of his life, and in January 2019 attempted to refuse to board his return flight from his mother's home in Birmingham, Alabama. In March 2020, the Plaintiff extended his spring break

trip to Maui, Hawaii and attempted in vain to deliberately catch COVID-19 to stay in Hawaii as the Plaintiff feared to return to Colorado.

326. The Plaintiff only returned to Colorado on two trips lasting one week after graduating from STEM School Highlands Ranch due to fear of retaliation.

327. The Plaintiff, emotionally distressed from the ongoing retaliation, decided to live at his paternal grandparents' home in Cincinnati, Ohio during the summer of 2021 due to ongoing retaliation.

328. The Plaintiff was forced to leave Colorado after graduation due to ongoing incidents of retaliation and as a result made the decision to attend Elon University in Elon, North Carolina as there are very few students from the State of Colorado at the university, and no other students from STEM School Highlands Ranch present at Elon University.

329. As a result of the Defendant Jose Luis Quintana Dominguez assaulting the Plaintiff causing the wrongful injury of the Plaintiff, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

## Twenty-fourth Claim for Relief

*Plaintiff against Devon Michael Erickson*

*MD Criminal Law Code § 3-202 (Assault in the First Degree, Maryland)*

330. Plaintiff incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

331. Childhood friends of the Plaintiff located in Downingtown, Pennsylvania were contacted by friends of the Defendant Devon Michael Erickson in an attempt to locate the Plaintiff while the Plaintiff was in Maryland with the intent of locating the Plaintiff to assault the Plaintiff.

332. As a result of the actions by the Defendant Devon Michael Erickson, the Plaintiff was placed under severe distress while attending the Plaintiff's cousin's bat mitzvah at Temple Isaiah, located at 12200 Scaggsville Road, Fulton, Maryland, 20759,

where the Plaintiff was provided under the legal drinking age with large amounts of wine that the Plaintiff mixed with the drug Benadryl to attempt suicide.

333. An unidentified African American woman was contacted by the Defendant Devon Michael Erickson to assault the Plaintiff at the Mall in Columbia located at 10300 Little Patuxent Parkway, Columbia, Maryland 21044.

334. Plaintiff often felt the necessity to travel outside of Colorado due to fears of his life, and in January 2019 attempted to refuse to board his return flight from his mother's home in Birmingham, Alabama. In March 2020, the Plaintiff extended his spring break trip to Maui, Hawaii and attempted in vain to deliberately catch COVID-19 to stay in Hawaii as the Plaintiff feared to return to Colorado.

335. The Plaintiff only returned to Colorado on two trips lasting one week after graduating from STEM School Highlands Ranch due to fear of retaliation.

336. The Plaintiff, emotionally distressed from the ongoing retaliation, decided to live at his paternal grandparents' home in Cincinnati, Ohio during the summer of 2021 due to ongoing retaliation.

337. The Plaintiff was forced to leave Colorado after graduation due to ongoing incidents of retaliation and as a result made the decision to attend Elon University in Elon, North Carolina as there are very few students from the State of Colorado at the university, and no other students from STEM School Highlands Ranch present at Elon University.

338. As a result of the Defendant Devon Michael Erickson assaulting the Plaintiff causing the wrongful injury of the Plaintiff, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Twenty-fifth Claim for Relief**

*Plaintiff against Maya Elizabeth McKinney a.k.a. Alec McKinney*

*MD Criminal Law Code § 3-202 (Assault in the First Degree, Maryland)*

339. Childhood friends of the Plaintiff located in Downingtown, Pennsylvania were contacted by friends of the Defendant Alec McKinney in an attempt to locate the Plaintiff while the Plaintiff was in Maryland with the intent of locating the Plaintiff to assault the Plaintiff.

340. As a result of the actions by the Defendant Alec McKinney, the Plaintiff was placed under severe distress while attending the Plaintiff's cousin's bat mitzvah at Temple Isaiah, located at 12200 Scaggsville Road, Fulton, Maryland, 20759, where the Plaintiff was provided under the legal drinking age with large amounts of wine that the Plaintiff mixed with the drug Benadryl to attempt suicide.

341. An unidentified African American woman was contacted by the Defendant Devon Michael Erickson to assault the Plaintiff at the Mall in Columbia located at 10300 Little Patuxent Parkway, Columbia, Maryland 21044.

342. Plaintiff often felt the necessity to travel outside of Colorado due to fears of his life, and in January 2019 attempted to refuse to board his return flight from his mother's home in Birmingham, Alabama. In March 2020, the Plaintiff extended his spring break trip to Maui, Hawaii and attempted in vain to deliberately catch COVID-19 to stay in Hawaii as the Plaintiff feared to return to Colorado.

343. The Plaintiff only returned to Colorado on two trips lasting one week after graduating from STEM School Highlands Ranch due to fear of retaliation.

344. The Plaintiff, emotionally distressed from the ongoing retaliation, decided to live at his paternal grandparents' home in Cincinnati, Ohio during the summer of 2021 due to ongoing retaliation.

345. The Plaintiff was forced to leave Colorado after graduation due to ongoing incidents of retaliation and as a result made the decision to attend Elon University in Elon, North Carolina as there are very few students from the State of Colorado at the university, and no other students from STEM School Highlands Ranch present at Elon University.

346. As a result of the Defendant Alec McKinney assaulting the Plaintiff causing the wrongful injury of the Plaintiff, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

**Twenty-Sixth Claim for Relief**

*Plaintiff against Jose Luis Quintana Dominguez*

*MD Criminal Law Code § 3-202 (Assault in the First Degree, Maryland)*

347. Childhood friends of the Plaintiff located in Downingtown, Pennsylvania were contacted by friends of the Defendant Jose Luis Quintana Dominguez in an attempt to locate the Plaintiff while the Plaintiff was in Maryland with the intent of locating the Plaintiff to assault the Plaintiff.

348. As a result of the actions by the Defendant Jose Luis Quintana Dominguez, the Plaintiff was placed under severe distress while attending the Plaintiff's cousin's bat mitzvah at Temple Isaiah, located at 12200 Scaggsville Road, Fulton, Maryland, 20759, where the Plaintiff was provided under the legal drinking age with large amounts of wine that the Plaintiff mixed with the drug Benadryl to attempt suicide.

349. An unidentified African American woman was contacted by the Defendant Devon Michael Erickson to assault the Plaintiff at the Mall in Columbia located at 10300 Little Patuxent Parkway, Columbia, Maryland 21044.

350. Plaintiff often felt the necessity to travel outside of Colorado due to fears of his life, and in January 2019 attempted to refuse to board his return flight from his mother's home in Birmingham, Alabama. In March 2020, the Plaintiff extended his spring break trip to Maui, Hawaii and attempted in vain to deliberately catch COVID-19 to stay in Hawaii as the Plaintiff feared to return to Colorado.

351. The Plaintiff only returned to Colorado on two trips lasting one week after graduating from STEM School Highlands Ranch due to fear of retaliation.

352. The Plaintiff, emotionally distressed from the ongoing retaliation, decided to live at his paternal grandparents' home in Cincinnati, Ohio during the summer of 2021 due to ongoing retaliation.

353. The Plaintiff was forced to leave Colorado after graduation due to ongoing incidents of retaliation and as a result made the decision to attend Elon University in Elon, North Carolina as there are very few students from the State of Colorado at the university, and no other students from STEM School Highlands Ranch present at Elon University.

354. As a result of the Defendant Jose Luis Quintana Dominguez assaulting the Plaintiff causing the wrongful injury of the Plaintiff, the Plaintiff seek damages for economic and non-economic losses, including but not limited to: grief, guilt, severe Post Traumatic Stress Disorder, harassment, stalking, attempted murder, multiple mental health diagnoses, stress, depression, multiple incidents of self-harm and suicidal attempts, anger, loss of companionship, impairment of quality of life, inconvenience, pain and suffering, emotional distress, financial loss, psychiatric treatment and therapy expenses, expenses for treatments and surgeries for physical injuries, dental expenses to repair teeth due to physical injuries, orthodontic expenses to realign and retain teeth due to injuries, travel expenses, lowered quality of education, expenses for the permanent relocation of the Plaintiff to the State of North Carolina, overall cost of attendance to obtain a Bachelor's Degree at Elon University, expenses to purchase permanent housing with 24 hour security in the vicinity of Elon University including taxes, utilities, and homeowners' association fees, and for significant harm to familial and romantic relationships.

Plaintiffs further pray that the Court award them prejudgment interest, post-judgment interest, and costs of this suit as permitted by Federal law, and any further relief as the Court may deem just and proper.

---

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 25th, 2022

Signature of Plaintiff: *Benjamin Aggarwal*

Printed Name of Plaintiff: Benjamin Baker Aggarwal

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Street Address ____________

State and Zip Code ____________

Telephone Number ____________

E-mail Address ____________